IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES MILLER,  AIS # 160788,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 12-0474-WS-C** |
| **BALDWIN COUNTY,** *et al.***,** | : | |
| Defendants. | : | |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that the claims for compensatory and punitive damages be and are hereby **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and that the claims for injunctive and declaratory relief be and are hereby **DISMISSED** as moot.

**DONE** this 10th day of April, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**