IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MILLER, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0474-WS-C |
| BALDWIN COUNTY, et al., | : |
| Defendants(s). | : |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 29, 2013, is **ADOPTED** as the opinion of this Court.

DONE this 25th day of November, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE