IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES MILLER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-0474-WS-C |
| BALDWIN COUNTY, et al., | : | |
| Defendants(s). | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 25th day of November, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE